# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **INTERNET MEDIA INTERACTIVE CORP.,**<br><br>                     **Plaintiff,**<br><br>v.<br><br>**CAESARS ENTERTAINMENT CORPORATION,**<br><br>                     **Defendant.** | Case No.: 1:18-cv-01985-MN |

## NOTICE OF SETTLEMENT AND
## [PROPOSED] ORDER STAYING CASE

The parties hereby jointly advise the Court that the above-captioned matter had been resolved, but that an immediate dismissal cannot be filed. The parties, therefore, jointly request that this case be stayed until April 5, 2019, so as to permit the matter to be finally resolved.

Dated: February 25, 2019

Respectfully submitted,

| | |
|---|---|
| */s/ George Pazuniak*<br>George Pazuniak (DE Bar 478)<br>O'KELLY, ERNST & JOYCE LLC<br>901 North Market Street, Suite 1000<br>Wilmington, DE 19801<br>Phone: (302) 478-4230<br>Fax: (302) 295-2873<br>gp@del-iplaw.com<br><br>*Attorneys for Plaintiff,*<br>*Internet Media Interactive Corp.* | */s/ Kelly E. Farnan*<br>Kelly E. Farnan (DE Bar 4395)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>Phone: (302) 651-7700<br>farnan@rlf.com<br><br>*Attorney for Defendant,*<br>*Caesars Entertainment Corporation* |

SO ORDERED this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE