# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **INTERNET MEDIA INTERACTIVE CORP.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CAESARS ENTERTAINMENT CORPORATION,**<br><br>**Defendant.** | Case No.: 1:18-cv-01985-MN |

## NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Internet Media Interactive Corp. hereby dismisses all claims in this action WITH PREJUDICE as to Defendant.

Dated: March 20, 2019

Respectfully submitted,

*/s/ George Pazuniak*
George Pazuniak (DE Bar 478)
O'KELLY, ERNST & JOYCE LLC
901 North Market Street, Suite 1000
Wilmington, DE 19801
Phone: (302) 478-4230
Fax: (302) 295-2873
gp@del-iplaw.com

*Attorney for Plaintiff,*
*Internet Media Interactive Corp.*